USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                                                :
CARMELO REYNOSO ASENCIO, *et al.*,                              :
                                                                :
                                        Plaintiffs,             :         1:24-cv-7739-GHW
                                                                :
                        -v-                                     :              ORDER
                                                                :
URBAN INTELLIGENCE, INC.,                                       :
                                                                :
                                        Defendant.             :
                                                                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 2, 2025, the parties filed a proposed stipulation and order regarding consent to the

conditional certification of a Fair Labor Standards Act collective action. Dkt. No. 26. The Court

reviewed the proposed order, the proposed notice, and the proposed consent-to-sue form. *Id.* The

Court will hold a conference on May 6, 2025 at 4:00 p.m. to discuss the parties' proposed stipulation

and order. The conference will be conducted by telephone. The parties are directed to the Court's

Individual Rules of Practice in Civil Cases, which can be found on the Court's website. Specifically,

Rule 2(C) contains the dial-in information and the relevant instructions for the conference.

SO ORDERED.

Dated: May 5, 2025
       New York, New York

                                                        _____
                                                        GREGORY H. WOODS
                                                        United States District Judge