UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2026

-------------------------------------------------------------------- X
                                   :

CARMELO REYNOSO ASENCIO, *et al.*,       :

                                   :

                    Plaintiffs,    :             1:24-cv-7739-GHW

                                     :

            -v-                  :              ORDER

                                     :

URBAN INTELLIGENCE, INC.,        :

                                     :

                 Defendant.   :

                                     :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 7, 2025, the Court set a schedule governing the deadlines for putative participants to join this action as members of an FLSA collective. Dkt. No. 30.  On November 10, 2025, the parties informed the Court that seven individuals had joined as putative participants, and that the parties were discussing the possibility of settlement.  Dkt. No. 42.  Since then, there have been no further filings in this case.  Accordingly the parties are ordered to update the Court on the status of this case no later than May 20, 2026.

Dated:  May 15, 2026
        New York, New York

                                      _____
                                         GREGORY H. WOODS
                                    United States District Judge