UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO REYNOSO ASENCIO, et al,

                Plaintiffs,

      -v-

URBAN INTELLIGENCE, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026

**ORDER**

24-CV-7739 (GHW)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion, ECF No. 53 (the "Letter Motion"), requesting to adjourn the conference currently scheduled for July 2, 2026. The Letter Motion is **GRANTED.** The conference is adjourned to **July 14, 2026** at **3:30 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 833 361 416#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 53 as **GRANTED.**

**SO ORDERED.**

Dated: June 26, 2026
     New York, New York

                                Henry J. Ricardo
                                United States Magistrate Judge