JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4069 Direct
(212) 972-3213 Fax
evan.citron@jacksonlewis.com
jacksonlewis.com

July 28, 2026

MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

**Re:** ***Reynoso et al. v. Urban Intelligence, Inc. d/b/a Urban Umbrella***
**Case No.: 1:24-cv-7739-GHW**

Dear Judge Woods:

We represent Defendant Urban Intelligence, Inc. d/b/a Urban Umbrella ("Defendant") in the above-referenced action and we write today jointly with counsel for Plaintiffs to respectfully request an adjournment of the telephonic conference currently scheduled for July 30, 2026 at 4:00 p.m. [Dkt. No. 48].

On June 23, 2026, the Court ordered that the case be referred to Magistrate Judge Ricardo for a Settlement Conference [Dkt No. 50]. The parties had a pre- Settlement Conference call with Magistrate Judge Ricardo on July 14, 2026 at 3:30 p.m. [Dkt. No. 54]. The parties have tentatively scheduled a Settlement Conference for August 25, 2026 [Dkt. No. 55]. Due to the parties' scheduling constraints, the parties are requesting an adjournment of the Settlement Conference to September 22, 2026, subject to Magistrate Judge Ricardo's availability.

In light of the scheduled Settlement Conference, the parties have met and conferred regarding availability and respectfully request that Your Honor adjourn the Initial Conference, currently scheduled for July 30, 2026 at 4:00 p.m., to October 6, October 7, October 8, or October 9, 2026.

This adjournment would promote judicial economy and the efficient use of the parties' and the Court's resources as if the Settlement Conference is successful, the Initial Conference would be rendered moot, eliminating the need for the parties and the Court to expend time and resources preparing for and conducting the conference. Even if the matter does not fully settle, the Settlement Conference is likely to narrow the issues in dispute and help the parties identify areas of agreement, which would allow for a more focused and productive Initial Conference. Additionally, proceeding with the Initial Conference before the Settlement Conference could result in the parties incurring unnecessary litigation expenses on matters that may ultimately be resolved through settlement. Accordingly, adjourning the Initial Conference until after the Settlement

JacksonLewis



Conference will allow the parties to participate meaningfully in the settlement process with Magistrate Judge Ricardo, and will enable the Court to conduct a more efficient Initial Conference should one still be necessary.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Evan B. Citron*
Evan B. Citron

cc: All counsel of record (via ECF)

Application granted. The initial pretrial conference scheduled for July 30, 2026 is adjourned to October 7, 2026 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's May 21, 2026 order are due no later than September 30, 2026.

SO ORDERED.
Date: July 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge