USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO REYNOSO ASENCIO, *et al.*,

Plaintiffs,

-v-

URBAN INTELLIGENCE, INC.,

Defendant.

**ORDER**

24-CV-7739 (GHW)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' letter motion, ECF No. 56 (the "Letter Motion"), requesting to adjourn the August 25, 2026 settlement conference. The Letter Motion is **GRANTED**. The conference is adjourned to **September 22, 2026** at **10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007. The other deadlines established by the Court's order at ECF No. 55 remain in effect.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 56 as **GRANTED**.

**SO ORDERED.**

Dated: July 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge