USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO REYNOSO ASENCIO, *et al.*,

Plaintiffs,

-v-

URBAN INTELLIGENCE, INC.,

Defendant.

**ORDER**

24-CV-7739 (GHW)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's July 14, 2026 and July 29, 2026 orders, ECF Nos. 55 and 59, the parties were directed to submit certain materials via email by August 11, 2026 in advance of the September 22, 2026 settlement conference. To date, plaintiffs have not submitted these materials. Plaintiffs' deadline to email the materials specified in the Court's orders to RicardoNYSDChambers@nysd.uscourts.gov is *sua sponte* extended to **August 14, 2026**.

**SO ORDERED.**

Dated: August 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge