USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO REYNOSO ASENCIO, *et al.*,

Plaintiffs,

-v-

URBAN INTELLIGENCE, INC.,

Defendant.

**ORDER**

24-CV-7739 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 22, 2026, Judge Woods entered an order directing the parties to proceed in one of three ways in light of their settlement of claims arising under the Fair Labor Standards Act. ECF No. 62 (the "Order"). On September 8, 2026, the parties consented to the undersigned conducting all further proceedings in this case. ECF No. 65. By **November 3, 2026,** the parties shall either:

1. As described in the Order in paragraph 1(b), submit a joint motion describing why their settlement is fair and should be approved, addressing the considerations detailed in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012). The motion must include a copy of the settlement agreement itself as an exhibit, and, if the settlement includes attorneys' fees, the parties must address the reasonableness of the fees, including as an exhibit detailed attorney time records;
2. As described in paragraph 2 of the Order, file a stipulation of dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A); or

3. As described in paragraph 3 of the Order, file an offer of judgment pursuant to Federal Rule of Civil Procedure 68(a).

**SO ORDERED.**

Dated: October 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge